1 | CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
2 | Mark Potter, Esq., SBN 166317
Phyl Grace, Esq., SBN 171771
3 | Dennis Price, SBN 279082
Teresa Allen, SBN 264865
4 | Mail: PO Box 262490
San Diego, CA 92196-2490
5 | Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
6 | (858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
7 | Attorneys for Plaintiff

8 | ALICIA R. KENNON (SBN: 240569)
akennon@wsblaw.com
9 | SARAH E. DONALD (SBN: 272600)
sdonald@wshblaw.com
10 | WOOD, SMITH, HENNING & BERMAN LLP
1401 Willow Pass Road, Suite 700
11 | Concord, California 94520-7982
Telephone: (925) 222-3400
12 | Facsimile: (925) 356-8250
Attorneys for Defendants
13 | PJF, LLC and JDD, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>  Plaintiff,<br><br>v.<br><br>PJF, LLC, a California Limited Liability Company;<br>JDD, INC., a California Corporation; and Does 1-10,<br><br>  Defendants. | Case No.: 5:16-CV-05332-NC<br><br>**JOINT NOTICE OF SETTLEMENT** |

The Parties hereby jointly notify the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and further the interests of judicial economy.

All Parties, therefore, apply to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days. The Parties further request that the Court schedule a Status Conference/OSC Hearing approximately 60 days out at which the Parties, by and through their attorneys of record shall show cause why this case has not been dismissed.

Dated: July 11, 2017        CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace
    Phyl Grace
    Attorneys for Plaintiff

Dated: July 11, 2017        WOOD, SMITH, HENNING & BERMAN LLP

By: /s/ Sarah E. Donald
    Alicia R. Kennon
    Sarah E. Donald
    Attorneys for Defendants
    PJF, LLC and JDD, Inc.

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Sarah E. Donald, counsel for PJF, LLC and JDD, Inc., and that I have obtained Ms. Donald's authorization to affix her electronic signature to this document.

Dated: July 11, 2017                     CENTER FOR DISABILITY ACCESS

                                         By: /s/ Phyl Grace
                                             Phyl Grace
                                             Attorney for Plaintiff